IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

WILFRED RIVERA COLON

LAURA R SANTIAGO BARBOSA

XXX-XX-3071

XXX-XX-0859

Debtor(s)

CASE NO. 10-01649 ESL

Chapter 13

FILED & ENTERED ON 08/03/2010

## ORDER GRANTING UNOPPOSED MOTION

This case is before the Court on the request for authorization to use funds from tax refund, filed by DEBTOR, docket #28.

Due notice having been given, there being no opposition, and good cause appearing thereof, the motion is hereby granted.

IT IS SO ORDERED.

San Juan, Puerto Rico, this 03 day of August, 2010.

Enrique S. Lamoutte Inclan
U. S. Bankruptcy Judge

CC: DEBTOR(S)
ROBERTO FIGUEROA CARRASQUILLO
ALEJANDRO OLIVERAS RIVERA