IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

WILFRED RIVERA COLON
LAURA R SANTIAGO BARBOSA

CASE NO. 10-01649-ESL

CHAPTER 13

DEBTOR(S)

### TRUSTEE'S POSITION AS TO
### Motion for Reconsideration of Debtors' Motion Requesting Order Dated May 31, 2011 Dkt no.

**TO THE HONORABLE COURT:**

**COMES NOW,** Alejandro Oliveras Rivera, Standing Chapter 13 Trustee, and very respectfully, **ALLEGES, STATES** and **PRAYS:**

On September 20, 2011, Debtors filed Motion for Reconsideration of Debtors' Motion Requesting Order Dated May 31, 2011 Dkt no. 36 . **(Docket no. 49)**. The Trustee has **no opposition** to said request.

**WHEREFORE**, the Chapter 13 Trustee hereby requests that Honorable Court to take notice of the aforementioned and enter the order it deems appropriate.

**CERTIFICATE OF SERVICE:** I hereby certify that on this same date I electronically filed the above document with the Clerk of the Court using the CM/ECF System which sent a notification of such filing to all CM/ECF participants in this case. I further certify that I have mailed this document by First Class Mail postage prepaid to debtor, at her mailing address of record.

**RESPECTFULLY SUBMITTED** in San Juan, Puerto Rico this, 9/27/2011.

/s/ ALEJANDRO OLIVERAS RIVERA
ALEJANDRO OLIVERAS RIVERA
STANDING CHAPTER 13 TRUSTEE
PO BOX 9024062
SAN JUAN PR 00902-4062
TEL. (787)977-3500 FAX (787)977-3521