IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

CASE NO. 10-01649 ESL

WILFRED RIVERA COLON
LAURA R SANTIAGO BARBOSA

Chapter 13

XXX-XX-3071
XXX-XX-0859

**FILED & ENTERED ON 10/24/2011**

Debtor(s)

## ORDER AND NOTICE

A hearing is hereby scheduled for 12/14/2011 at 09:00 A.M. to consider the following:

1- Motion for post confirmation modification of plan dated 08/31/2011 (docket #45)

2- Trustee's unfavorable recommendation (#46)

The Clerk shall give notice to all parties in interest.

San Juan, Puerto Rico, this 24 day of October, 2011.

Enrique S. Lamoutte Inclan
U. S. Bankruptcy Judge

CC: All creditors